NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**DEBBIE GADASH,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7103

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-0331, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

## ORDER

Debbie Gadash moves for a 45-day extension of time, until September 6, 2011, to file her opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 25 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Kenneth M. Carpenter, Esq.
     Dawn E. Goodman, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 25 2011

JAN HORBALY
·  CLERK